NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ASP DENVER, LLC.,**
*Appellant*

**v.**

**GENERAL SERVICES ADMINISTRATION,**
*Appellee*

———————————

2015-1313

———————————

Appeal from the Civilian Board of Contract Appeals in Nos. 2618, 2673, Administrative Judge Catherine B. Hyatt.

———————————

**JUDGMENT**

———————————

NEAL J. SWEENEY, Jones Walker, LLP, Atlanta, GA, argued for appellant. Also represented by TYLER SCARBROUGH; THURSTON HOLDERNESS WEBB, Kilpatrick Townsend & Stockton LLP, Atlanta, GA; ADAM HOWARD CHARNES, Dallas, TX; ROBERT LYNN ECHOLS, Bass, Berry & Sims PLC, Nashville, TN.

JAMES PATRICK CONNOR, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also repre-

sented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Donald E. Kinner; Lori R. Shapiro, Office of General Counsel, General Services Administration, Washington, DC.

_____

This Cause having been heard and considered, it is

Ordered and Adjudged:

Per Curiam (Taranto, Bryson, and Stoll, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Entered by Order of the Court

June 9, 2016
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court